# ARSENEAULT & FASSETT, LLP

| | | |
|---|---|---|
| JACK ARSENEAULT<br>DAVID W. FASSETT<br>ANGEL M. DeFILIPPO | ATTORNEYS AT LAW<br><br>560 MAIN STREET<br>CHATHAM, NEW JERSEY 07928<br>(973) 635-3366<br>FAX (973) 635-0855<br>EMAIL info@af-lawfirm.com | JOHN J. ROBERTS+<br>GREGORY D. JONES<br><br>+ ALSO ADMITTED IN NEW YORK |

**VIA EMAIL (Nitza_Creegan@njd.uscourts.gov) ONLY**

June 22, 2020

Hon. Kevin McNulty, U.S.D.J.
U.S. Courthouse & P.O. Bldg.
2 Federal Square
Newark, NJ 07101

**Re:   USA v. Reinaldo Wilson and Jean Wilson**
**Case No. 20-cr-111-KM**
**Status Conference: June 25, 2020**

Dear Judge McNulty,

This law firm currently represents Reinaldo Wilson. It is our understanding that we will be substituted out of this matter imminently, or alternatively will move to withdraw as counsel. Therefore we respectfully request that the Court adjourn the status conference currently scheduled for Thursday, June 25, 2020, for approximately two weeks.

                                              Respectfully,
                                              ARSENEAULT & FASSETT, LLP
                                              *Attorneys for Reinaldo Wilson*
                                              By:   s/ Jack Arseneault
                                                        Jack Arseneault, Esq.
                                              By:   s/ John Roberts
                                                        John Roberts, Esq.

Cc:   Darren Halverson, Esq., A.U.S.A.
       Barbara Ward, Esq., A.U.S.A.
       Adalgiza Nunez, Esq.
       Client

**Status conference adjourned from June 25, 2020 at 11:00 a.m. to July 9, 2020 at 11:00 a.m.**

**SO ORDERED**

**s/Kevin McNulty**
**Hon. Kevin McNulty**
**U.S. District Judge**
**Date: 06/22/2020**